NUNZIO ALBERO, Respondent, v. STATE OF NEW YORK et al., Appellants. (Claim No. 41348.) — HERLIHY, J. P.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Herlihy, J. P.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM YOUNG, Appellant, v. DANIEL McMANN, as Warden of Clinton Prison, Respondent.— MEMORANDUM BY THE COURT.—

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by the court.